IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

STATE OF OREGON, acting
by and through the Oregon
Commission for the Blind,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS, and the
SECRETARY OF VETERANS AFFAIRS,
ROBERT A. McDONALD, in his
official capacity

        Defendants.

Civ. No. 1:15-cv-00016-AA

**JUDGMENT**

**Aiken**, Chief Judge:

    Based on the record, this action is dismissed, with prejudice.

    IT IS SO ORDERED.

    DATED this 24 day of June, 2015.

                                   /s/ Ann Aiken
                                  ANN L. AIKEN
                                  CHIEF JUDGE

1  -  JUDGMENT